1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $17,457.84 IN FUNDS SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 201-0938710, HELD IN THE NAME OF SEREY VAN, and<br><br>APPROXIMATELY $61,010.13 IN FUNDS SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 008-1479651 IN THE NAME OF SEREY VAN,<br><br>  Defendants. | 2:05-CV-01457-FCD-DAD<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

   It is hereby stipulated by and between the United States of America and claimants Serey Van and C&H International ("Claimants"), by and through their respective counsel, as follows:

   1.  On April 22, 2005, Claimant C&H International filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service, Criminal Investigation Division with respect to $46,944.33 of the approximately $61,010.13 in Funds Seized From Wells Fargo Bank Account Number 008-1479651, which was seized on or about February 23, 2005.  On April 26, 2005, Claimant

1  Serey Van filed a claim, in the administrative forfeiture
2  proceedings, with the Internal Revenue Service, Criminal
3  Investigation Division with respect to the approximately $17,457.84
4  in Funds Seized From Wells Fargo Bank Account Number 201-0938710
5  and the approximately $61,010.13 in Funds Seized From Wells Fargo
6  Bank Account Number 008-1479651, which were seized on or about
7  February 23, 2005.
8       2.  The Internal Revenue Service, Criminal Investigation
9  Division has sent the written notice of intent to forfeit required
10 by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the
11 time has expired for any person to file a claim to the property
12 under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the
13 Claimants have filed a claim to the property as required by law in
14 the administrative forfeiture proceeding.
15      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
16 required to file a complaint for forfeiture against the property
17 and/or to obtain an indictment alleging that the property is
18 subject to forfeiture within 90 days after a claim has been filed
19 in the administrative forfeiture proceedings, unless the court
20 extends the deadline for good cause shown or by agreement of the
21 parties.
22      4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
23 by agreement to extend to August 25, 2005, the time in which the
24 United States is required to file a civil complaint for forfeiture
25 against the property and/or to obtain an indictment alleging that
26 the property is subject to forfeiture.
27
28
                                    2

1     5.  Accordingly, the parties agree that the deadline by which
2 the United States shall be required to file a complaint for
3 forfeiture against the property and/or to obtain an indictment
4 alleging that the property is subject to forfeiture shall be
5 extended to August 25, 2005.

```
DATED: 7/18/05                    McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Courtney J. Linn

                                  COURTNEY J. LINN
                                  Assistant U.S. Attorney




DATE: 7-16-05                     /s/ Robert M. Holley
                                  ROBERT M. HOLLEY
                                  Attorney for Serey Van



DATE: 7/12/05                     /s/ Stan K. Yang
                                  CHO TAI STAN K. YANG, ESQ.
                                  Representative for C&H International
                                  Attorney

                                  (original signatures retained by
                                  attorney)
```

**IT IS SO ORDERED.**

```
DATE: July 21, 2005               /s/ Frank C. Damrell Jr.
                                  UNITED STATES DISTRICT JUDGE
```

3